IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00342-WYD-MEH

ZAMBEZIA FILM (PTY,) LTD, a Republic of South Africa Corporation,

    Plaintiff,

v.

DOES 1-20,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on June 6, 2013 (ECF No. 18), it is

ORDERED that Defendant John Doe 1 is **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated: June 10, 2013

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL,
                          SENIOR UNITED STATES DISTRICT JUDGE