IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00342-WYD-MEH

ZAMBEZIA FILM (PTY,) LTD, a Republic of South Africa Corporation,

    Plaintiff,

v.

DOES 2-20,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Response to Order to Show Cause and Notice of Dismissal filed July 22, 2013.  Plaintiff seeks therein to dismiss this case without prejudice against the remaining Defendants.  In accordance with the Notice of Dismissal, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against all remaining Defendants, and this case is **TERMINATED**.

    Dated:  July 24, 2013

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                SENIOR UNITED STATES DISTRICT JUDGE